PROB 12B
ED/AR (12/2012)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 07 2013

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Rodriquez Antonio Wiley           Case Number: 4:06CR00102-02 JMM

Name of Sentencing Judicial Officer:   Honorable James M. Moody
                                       United States District Judge

Offense:          Aiding and Abetting Possession with Intent to Distribute Cocaine Hydrochloride

Date of Sentence: June 12, 2007

Sentence:         60 months Bureau of Prisons, 4 years supervised release, mandatory drug testing, substance abuse treatment, and $100 special penalty assessment

Type of Supervision: Supervised release     Date Supervision Commenced: November 28, 2011
                                            Expiration Date: November 27, 2015

Asst. U.S. Attorney: Edward O. Walker        Defense Attorney: To be appointed

U.S. Probation Officer: Alexa L. Richards
Phone No.: 501-604-5280

---

## PETITIONING THE COURT

☐ To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒ To modify the conditions of supervision as follows:

**Defendant shall reside at and participate in a residential re-entry center for a period of up to six months.**

## CAUSE

Mr. Wiley failed to attend substance abuse treatment at Recovery Centers of Arkansas on June 26, July 17, and September 19 and 26, 2012. He was unsuccessfully discharged from services on October 1, 2012, due to his low level of participation. On October 17, 2012, Mr. Wiley submitted a urine specimen which tested and confirmed positive for the use of marijuana. Furthermore, on October 24, 2012, Mr. Wiley admitted that he used marijuana and signed an admission form. On December 20, 2012, Mr. Wiley submitted a urine specimen which tested positive for the use of opiates and synthetic marijuana (K2). Furthermore, he admitted that he used opiates and K2 and signed an admission form. Mr. Wiley has also failed to notify the probation office of his change in residence.

Prob 12B -2- Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Name of Offender: Rodriquez Antonio Wiley   Case Number: 4:06CR00102-02 JMM

_____   _____
Alexa L. Richards                  Edward O. Walker
U.S. Probation Officer             Assistant U.S. Attorney

Date: January 30, 2013             Date: JANUARY 31, 2013

Approved:

_____
Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

- ☐ No Action
- ☐ The Extension of Supervision as Noted Above
- ☒ The Modification of Conditions as Noted Above
- ☐ Other

_____
Signature of Judicial Officer

2/7/13
Date

This form is to be filed with Criminal Docketing as an order and/or petition.

c: Assistant Federal Public Defender, Jenniffer Horan, 1401 West Capitol Avenue, Suite 490, Little Rock, AR 72201
   Assistant U.S. Attorney, Edward O. Walker, P.O. Box 1229, Little Rock, AR 72203

PROB 49

Waiver of Hearing to Modify Conditions
of Probation Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF ARKANSAS

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Defendant shall reside at and participate in a residential re-entry center for a period of up to six months.**

Witness: *Alexa L. Richards* / U.S. Probation Officer

Signed: *Rodrigue White* / Probationer or Supervised Releasee

1-18-13
DATE