PROB 12C
ED/AR (12/2012)



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

**United States District Court**
for the
**Eastern District of Arkansas**

MAY 30 2013
JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

**Petition for Summons for Offender Under Supervision**

Name of Offender:  Rodriquez Antonio Wiley             Case Number:  4:06CR00102-02 JMM

Name of Sentencing Judicial Officer:    Honorable James M. Moody
United States District Judge

Offense:                Aiding and Abetting Possession with Intent to Distribute Cocaine
Hydrochloride

Date of Sentence:       June 12, 2007

Sentence:               60 months Bureau of Prisons, 4 years supervised release, mandatory drug
testing, substance abuse treatment, and $100 special penalty assessment

February 7, 2013:  Modification - Defendant shall reside at and participate in
a residential re-entry center for a period of up to six months

Type of Supervision:    Supervised release        Date Supervision Commenced:  November 28, 2011
Expiration Date:  November 27, 2015

Asst. U.S. Attorney:  Edward O. Walker           Defense Attorney:  To be appointed

U.S. Probation Officer:  Alexa L. Richards
Phone No.:  501-604-5280

---

**PETITIONING THE COURT**

☐   To Issue a Warrant
☒   To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | Special (14) | **The defendant shall participate, under the guidance and supervision of the probation officer, in a substance abuse treatment program which may include testing, outpatient counseling, and residential treatment. Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.** |

Mr. Wiley failed to attend substance abuse treatment at Recovery Centers of Arkansas on June 26, July 17, and September 19 and 26, 2012. He was unsuccessfully discharged from services on October 1, 2012, due to his low level of participation.

Prob 12C                                    -2-
Name of Offender:  Rodriquez Wiley                    Case Number:  4:06CR00102-02 JMM

| 2 | Special | **Defendant shall reside at and participate in a residential re-entry center for a period of up to six months.** |

On May 3, 2013, Mr. Wiley was terminated from the residential re-entry center, City of Faith, in Little Rock, Arkansas, for possessing Head Trip synthetic cannabinoid (K2) and a lighter.

| 3 | General | **The defendant shall refrain from any unlawful use of a controlled substance.** |

On October 17, 2012, Mr. Wiley submitted a urine specimen which tested and confirmed positive for the use of marijuana.  Furthermore, on October 24, 2012, Mr. Wiley admitted he used marijuana and signed an admission form.  On December 20, 2012, Mr. Wiley submitted a urine specimen which tested positive for the use of opiates and synthetic marijuana (K2).  Furthermore, he admitted he used opiates and K2 and signed an admission form.  On May 17, 2013, Mr. Wiley submitted a urine specimen which tested positive for marijuana.  Furthermore, he admitted he possessed and used synthetic marijuana while he was in the halfway house and signed an admission form.

| 4 | Standard (6) | **The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.** |

Mr. Wiley failed to notify the probation officer of his change of employment when he was terminated from the Manhatton Bridge Company on May 9, 2013.

I declare under penalty of perjury that                    The U.S. Attorney's Office submits this
the foregoing is true and correct.                         petition to be filed with Criminal
                                                           Docketing as a motion.

_Alexa L. Richards_                                        _[signature]_

Alexa L. Richards                                          Edward O. Walker
U.S. Probation Officer                                     Assistant U.S. Attorney

Executed on        May 23, 2013                            Executed on        MAY 23, 2013

Prob 12C                                            -3-
Name of Offender:  Rodriquez Wiley              Case Number:  4:06CR00102-02 JMM

THE COURT ORDERS:

◻  No Action

◻  The Issuance of a Warrant Sealed Pending Execution (cc: U.S. Probation and U.S. Marshal only)

◻  The Issuance of a Summons

◻  Other

Considered this _____ day of

_____, 20___ and made a

part of the records in the above case.

_____
James M. Moody
United States District Judge