PROB 12C
ED/AR (12/2012)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 25 2014

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

# United States District Court
## for the
## Eastern District of Arkansas

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Rodriguez Wiley                          Case Number:  4:06CR00102-02 JMM

Name of Sentencing Judicial Officer:       Honorable James M. Moody
                                           United States District Judge

Original Offense:        Aiding and Abetting Possession with Intent to Distribute Cocaine Hydrochloride

Date of Sentence:        June 12, 2007

Original Sentence:       60 months Bureau of Prisons, 4 years supervised release, firearms restriction, DNA
                         collection, mandatory drug testing, substance abuse treatment, and $100 special
                         penalty assessment.

                         On February 7, 2013, Mr. Wiley's conditions of supervised release were modified to
                         include participation in a residential re-entry center for six months.

                         On June 6, 2013, Mr. Wiley's term of supervised release was revoked.  He was
                         sentenced to four months Bureau of Prisons, one year supervised release, substance
                         abuse treatment and drug testing.

Type of            Supervised       Date Supervision Commenced:  November 6, 2013
Supervision:       Release          Date Supervision Expires:  November 5, 2014

U.S. Probation                   Asst. U.S.                        Defense
Officer:  MeKisha Childers       Attorney:  Edward O. Walker       Attorney:  To be determined

### PETITIONING THE COURT

☐  To Issue a Sealed Warrant Pending Execution (cc: U.S. Probation and U.S. Marshal only)
☒  To Issue a Summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Condition and Number | Nature of Noncompliance |
|---|---|---|
| 1 | **General** | **The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.** Mr. Wiley released from the Bureau of Prisons on November 6, 2013.  He did not report within 72 hours of release.  The U.S. Probation Officer (USPO) made contact with Mr. Wiley on November 13, 2013. |

Prob 12C                                                   -2-
Name of Offender:  Rodriguez Wiley                    Case Number:  4:06CR00102-02 JMM

| 2 | Standard (3) | **The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.** On February 6, 2014, a Supervisory United States Probation Officer instructed Mr. Wiley to make contact with him on February 7, 2013.  Mr. Wiley failed to make contact as directed. |
|---|---|---|
| 3 | Standard (6) | **The defendant shall notify the probation officer ten days prior to any change in residence or employment.** On a January 2013 monthly report, Mr. Wiley reported to have changed employment.  He did not notify the USPO or the U.S. Probation Office ten days prior to changing employment. |
| 4 | Standard (7) | **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.** On November 18, 2013, Mr. Wiley submitted a urine specimen which tested and confirmed positive for the use of marijuana.  Furthermore, on November 18, 2013, Mr. Wiley admitted using marijuana on November 16, 2013, and signed an admission form. |

On November 22, 2013, Mr. Wiley submitted a urine specimen which tested and confirmed positive for the use of marijuana and synthetic marijuana. Furthermore, Mr. Wiley admitted that he used synthetic marijuana on November 20, 2013.

On March 14, 2014, Mr. Wiley admitted to the use of synthetic marijuana on March 9, 2014.

| 5 | Special (1) | **The defendant shall participate, under the guidance and supervision of the U.S. Probation Office, in a substance abuse treatment program which may include testing, outpatient counseling, and/or residential treatment.  Further, the defendant shall abstain from the use of alcohol throughout the course of treatment.** On November 20, 2013, Mr. Wiley failed to report for code-a-phone testing. |
|---|---|---|

On February 5 and 26, 2014, Mr. Wiley failed to report to the Substance Abuse Education Group and subsequently was unsuccessfully terminated from the group.

On March 7, 2014, Mr. Wiley failed to report for code-a-phone testing.

I declare under penalty of perjury that          The U.S. Attorney's Office submits this
the foregoing is true and correct.               petition to be filed with Criminal
                                                 Docketing as a motion.

Prob 12C                                             -3-
Name of Offender:  Rodriguez Wiley                          Case Number:  4:06CR00102-02 JMM

MeKisha Childers                                     Edward O. Walker
U.S. Probation Officer                               Assistant U.S. Attorney

Executed on    March 19, 2014                        Executed on    MARCH 25, 2014

Approved by Supervising U.S. Probation Officer