IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs                           CASE NO.  4:06cr0102-01  JM

RODRIGUEZ ANTONIO WILEY                                     DEFENDANT

### ORDER

Due to a clerical error, the order amending the judgment for revocation (DE #61) is amended to correct Standard Condition #2 of supervised release.

The defendant shall report to the probation officer in a manner and frequency directed by the Court or probation officer.  All other conditions remain in effect.

The Clerk of the Court is requested to provide a copy of this order to the United States Marshal Service and the United States Probation Office.

IT IS SO ORDERED this 8th day of April, 2014

_____
UNITED STATES DISTRICT JUDGE