AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

MAY 13 2014
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| RODRIGUEZ ANTONIO WILEY | |

Case No.  4:06cr00102-02 JM
USM No.  24080-009

Lisa Peters
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   Gen., Std and Special   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General | Failure to report to the probation office w/i 72 hours | 11/06/2013 |
| Standard 2 | Failure to report to the probation officer as directed | 04/03/2014 |
| Standard 3 | Failure to follow instructions of the probation officer | 02/06/2014 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4914

Defendant's Year of Birth:  1975

City and State of Defendant's Residence:
Little Rock, Arkansas

05/13/2014
_____
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR.        U.S. District Judge
Name and Title of Judge

05/13/2014
_____
Date

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
          Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: RODRIGUEZ ANTONIO WILEY
CASE NUMBER: 4:06cr00102-02 JM

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Standard 6 | Failure to notify probation officer of change in employment | 01/01/2014 |
| Standard 7 | Failure to refrain from use of a controlled substance | 03/14/2014 |

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
          Sheet 1A

Judgment—Page __2__ of __3__

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
             Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT: RODRIGUEZ ANTONIO WILEY
CASE NUMBER: 4:06cr00102-02 JM

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

**FIVE (5) MONTHS**

☑ The court makes the following recommendations to the Bureau of Prisons:

The defendant shall participate in non-residential substance abuse treatment.
The defendant shall serve his term of imprisonment at Forrest City, Arkansas.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☑ before 2 p.m. on __06/16/2014__ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
      DEPUTY UNITED STATES MARSHAL